# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jesus Carvajal, | Case No.: 2:20-cv-01482-JAD-BNW |
| Plaintiff | |
| v. | **Order Dismissing Action for Want of Prosecution** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants | |

On September 27, 2022, this court notified plaintiff Jesus Carvajal that it would dismiss this case for want of prosecution if no action was taken by October 27, 2022.[1] This district's local rule 41-1 states that "[a]ll civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ."[2] The last party-involved activity in this case was a notice that Carvajal filed on October 13, 2021—well more than 270 days ago.[3] As no party has taken action despite notice of this court's intent to dismiss under Rule 41-1,

IT IS ORDERED that **this action is DISMISSED** without prejudice for want of prosecution. The Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
March 7, 2023

---

[1] ECF No. 57 (Notice Regarding Intent to Dismiss for Want of Prosecution).

[2] LR 41-1.

[3] ECF No. 56.